# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| REBECCA CHAPLIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASCENSION HEALTH d/b/a ASCENSION SAINT MARY,<br><br>　　　　　Defendant. | Case No. 4:23-cv-01558<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rebecca Chaplin by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Ascension Health without prejudice. Each party will bear their own costs and fees.

WHEREFORE, Plaintiff respectfully requests the Court to dismiss the Complaint without prejudice.

Dated: February 15, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A**

　　　　　　　　　　　　　　　　　　　　By: _/s/ Yitzchak Kopel_
　　　　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel

　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel
　　　　　　　　　　　　　　　　　　　　1330 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 989-9163
　　　　　　　　　　　　　　　　　　　　Email: ykopel@bursor.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*